**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| AMY HEINTZMAN, | ) | CASE NO. 1:20-cv-00409 |
| | ) | |
| Plaintiff, | ) | Judge Michael R. Barrett |
| | ) | |
| vs. | ) | |
| | ) | |
| INTEGRA LIFESCIENCES | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, on this 13th day of August, 2020, upon consideration of Defendant

Integra LifeSciences Corporation's Motion for Substitution of Trial Attorney and

Memorandum in Support thereof, and any response thereto, it is hereby ORDERED,

ADJUDGED and DECREED that Defendant's Motion is GRANTED.

Sarah E. Bouchard is permitted to act as Trial Attorney for Defendant Integra

LifeSciences Corporation in this case, provided, however, that Defendant Integra LifeSciences

Corporation continues to be represented in this case by either Andrew J. Barber or another

permanent member of the bar of this Court.

BY THE COURT:

/s/ *Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court